Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FERMIN JULIO CIFUENTES MONZON, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

INSPECTIONALERT.COM INC. d/b/a INSPECTION ALERT MANAGEMENT and ISRAEL RODITI as an individual,

                      Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**22-cv-1476**

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiffs
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
       March 17, 2022

                                      /s/James O'Donnell
                                   James O'Donnell (JO 8042)
                                   Helen F. Dalton & Associates, P.C.
                                   Attorneys for Plaintiffs
                                   80-02 Kew Gardens Road Suite 601
                                   Kew Gardens, New York 11415