UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FERMIN JULIO CIFUENTIS MONZON, individually
and on behalf of all others similarly situated,

                          Plaintiffs,

     -against-

INSPECTIONALERT.COM d/b/a INSPECTION ALERT
MANAGEMENT and ISRAEL RODITI, individually,

                         Defendants.
-----------------------------------------------------------------X

Docket No.: 22-cv-01476 (EK-SIL)

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs, Fermin Julio Cifuentis Monzon, individually and on behalf of all others similarly situated, and counsel for Defendants, Inspectionalert.com d/b/a Inspection Alert Management and Israel Roditi, individually, that Defendants' time to answer or otherwise move with respect to the Summons and Complaint filed in this action is extended to and including June 13, 2022 and that Defendants waive all jurisdictional defenses.

**IT IS FURTHER STIPULATED AND AGREED** that this document may be executed in counterparts and that facsimile and scanned signatures shall have the same force and effect as original signatures.

Dated: May 17, 2022
       Garden City, NY 11530

| LAW OFFICES OF JASON L. ABELOVE, PC | HELEN F. DALTON & ASSOCIATES, P.C. |
|---|---|
| By:    /s/ | By:    /s/ |
| Jason L. Abelove | Roman Avshalumov |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| 666 Old Country Road, Suite 303 | 80-02 Kew Gardens Road, Suite 601 |
| Garden City, NY 11530 | Kew Gardens, NY 11415 |
| 516-222-7000 | 718-263-9591 |