UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FERMIN JULIO CIFUENTES MONZON, individually and
on behalf of all others similarly situated,

                Plaintiff,

-against-

INSPECTIONALERT.COM INC. d/b/a INSPECTION ALERT
MANAGEMENT and ISRAEL RODITI as an individual,

                Defendants.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE**

22-cv-1476

      **PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Avraham Y. Scher, Esq. (5710595) – avi@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff(s)*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
       September 16, 2022

                        *Avraham Y. Scher*
                        Avraham Y. Scher, Esq.
                        **HELEN F. DALTON & ASSOCIATES, P.C.**
                        Attorneys for the Plaintiff
                        80-02 Kew Gardens Road
                        Suite 601
                        Kew Gardens, New York 11415