# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

| | | |
|---|---|---|
| 11/16/2022 | : | Exchange of Rule 26(a)(1) disclosures |
| 11/30/2022 | : | Service of first interrogatories and document demands |
| 1/6/2023 | : | Responses to first interrogatories and document demands |
| 1/6/2023 | : | Motions to join new parties or amend the pleadings |
| **TBD by Court:** | | Status conference in courtroom 820 |
| 3/15/2023 | : | Completion of depositions |
| N/A | : | Identification of case-in-chief experts and service of Rule 26 disclosures |
| N/A | : | Identification of rebuttal experts and service of Rule 26 disclosures |
| 4/14/2023 | : | Commencement of summary judgment motion practice. |
| **TBD by Court:** | | Pretrial conference in courtroom 820 |