**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**        **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE        DATE: 11/8/22
        U.S. MAGISTRATE JUDGE        TIME:  11:00 am

CASE:  **CV 22-1476(EK) Monzon v. Inspectionalert.com Inc. et al**

TYPE OF CONFERENCE:   INITIAL        FTR:

APPEARANCES:
    For Plaintiff:   James O'Donnell

    For Defendant: Jason Abelove

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☒    The court has adopted and So Ordered the joint proposed scheduling order [13] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐    Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      1/11/23 at 10:00 am    : Status conference

      5/23/23 at 10:00 am    : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

        SO ORDERED

        /s/Steven I. Locke
        STEVEN I. LOCKE
        United States Magistrate Judge