CV 22-1476(EK) Monzon v. Inspectionalert.com Inc. et al

# SCHEDULING ORDER

**DEADLINES & COURT APPEARANCES**

__11/16/2022__ : Exchange of Rule 26(a)(1) disclosures

__11/30/2022__ : Service of first interrogatories and document demands

__1/6/2023__ : Responses to first interrogatories and document demands

__1/6/2023__ : Motions to join new parties or amend the pleadings

__TBD by Court:__ Status conference in courtroom 820

__3/15/2023__ : Completion of depositions

__N/A__ : Identification of case-in-chief experts and service of Rule 26 disclosures

__N/A__ : Identification of rebuttal experts and service of Rule 26 disclosures

__4/14/2023__ : Commencement of summary judgment motion practice.

__TBD by Court:__ Pretrial conference in courtroom 820

SO ORDERED:
/s/ STEVEN I. LOCKE
Steven I. Locke, USMJ on 11/9/22