

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

November 15, 2022

**VIA ECF**
The Honorable Judge Steven I. Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    **Monzon v. Inspectionalert.com Inc., et al.**
                **No. 22-CV-1476 (NM)(SIL)**

Dear Judge Locke:

    Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion jointly with Defendants to respectfully request a referral to the EDNY Court-annexed Mediation Program, as discussed during the November 9, 2022 Initial Conference.

    We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

                                                         Respectfully submitted,

                                                         James O'Donnell, Esq.