UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FERMIN JULIO CIFUENTES MONZON,

                  Plaintiff,                  **ORDER**
                                                  22-CV-1476 (NM)(SIL)
   -against-

INSPECTIONALERT.COM INC., et al,

                  Defendants.
----------------------------------------------------------------X

**STEVEN I. LOCKE, Magistrate Judge:**

      It is HEREBY ORDERED that the above-entitled case be referred to the Eastern District of New York's Court-Annexed mediation pursuant to Local Rule 83.8, and it is further

      ORDERED that counsel shall consult with the ADR Administrator, at (718) 613-2578, respecting selection of a mediator. A mediator shall be selected by December 14, 2022, and mediation shall be completed by February 3, 2023. The parties shall provide the Court with a joint status report within two weeks of the competition of mediation.

Dated: Central Islip, New York                  **SO ORDERED**
         November 16, 2022

                                                          s/ Steven I. Locke
                                                     STEVEN I. LOCKE
                                                     United States Magistrate Judge