

# HELEN F. DALTON & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

January 9, 2023

**Via ECF**:
The Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    **Monzon v. Inspectionalert.com Inc. et al**
               Civil Docket No.: 22-cv-01476 (NRM)(SIL)

Dear Judge Locke:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter regarding the selection of the parties' mediator jointly with Defendants.

    The parties have selected Andrew Kimler as their mediator. The mediation has been scheduled for February 9, 2023, via Zoom.

    We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

Roman Avshalumov, Esq.

**CC:** Jason L. Abelove, Esq.
Law Office of Jason L. Abelove, P.C.
666 Old Country Road, Suite 303
Garden City, NY 11530-2014
Tel: 516-222-7000
Email: jason@jasonabelove.com
*ATTORNEY TO BE NOTICED FOR DEFENDANTS*