

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

January 9, 2023

**Via ECF**:
The Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **Monzon v. Inspectionalert.com Inc. et al**
Civil Docket No.: 22-cv-01476 (NRM)(SIL)

Dear Judge Locke:

Our office represents the Plaintiffs in the above-referenced matter, and we submit this letter motion, together with counsel for the Defendants, to respectfully request that the Court adjourn the parties' in person conference currently scheduled for January 11, 2023 until a date after the parties' mediation.

Earlier today, we apprised the Court that the parties' mediation session will take place on February 9, 2023, via Zoom. *See* Dkt. No. 18. However, on November 9, 2022, with entry of the parties' Scheduling Order, Your Honor also directed that the parties' "[n]ext IN PERSON Status Conference is set for 1/11/2023 at 10:00 AM in Courtroom 820." *See* Dkt. No. 15.

The reason the request to adjourn this conference is being made, is that now that the parties have mediation scheduled for February 9, 2023, and there are no discovery disputes at this time, such an in-person conference will be far more productive if held following the parties' mediation - should this matter not settle at mediation.

Therefore, the parties respectfully request that the Court adjourn the parties' next status conference, from January 11, 2023, until a date after mediation, or in late February, or early March.

We thank the Court for its kind consideration, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*
Roman Avshalumov, Esq.

**CC:**  Jason L. Abelove, Esq.
Law Office of Jason L. Abelove, P.C.
666 Old Country Road, Suite 303
Garden City, NY 11530-2014
Tel: 516-222-7000
Email: jason@jasonabelove.com
*ATTORNEY TO BE NOTICED FOR DEFENDANTS*