LAW OFFICES OF

# JASON L. ABELOVE, P.C.

666 OLD COUNTRY ROAD
SUITE 303
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516-222-7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516-542-2001
WWW.JASONABELOVE.COM

February 22, 2023

**VIA ECF**

Honorable Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of NewYork
100 Federal Plaza
Central Islip, NY 11722

    Re:    Monzon v. Inspectionalert.com Inc. et al
           Docket No.: 22-cv-01476 (NRM)(SIL)

        This office represents Plaintiff in the above referenced case. This letter is to request an adjournment of the mediation date to March 24, 2023.

        The parties have selected a mediator and had a mediation date selected that my office requested to adjourn due to some medical issues in my family. The parties and mediator have conferred, and were able to reschedule for March 24, 2023. Accordingly, the parties jointly request that the time to complete mediation be extended until March 24, 2023. I also note that there is a status conference presently scheduled on March 9. Assuming the Court grants this request, the parties would also request that the March 9, 2023 conference be moved until after the mediation.

        Thank you for your consideration of this request.

                      Very truly yours,

                      Jason L. Abelove

JLA/sc